# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144359(45)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

E.T. MACKENZIE COMPANY,
      Plaintiff-Appellee,

v

SUTTON PLACE-RAISIN TWP., L.L.C.,
      Defendant,

and

UNITED BANK & TRUST,
      Defendant-Appellant.

SC: 144359
COA: 297864
Lenawee CC: 08-002968-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's June 25, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827